UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARL R PRUETT, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. H-03-3241 |
| HARRIS COUNTY BAIL BOND BOARD, *et al*, | § § § | |
| Defendants. | § | |

## AMENDED FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order entered in this case [#67], and the Supplemental Memorandum and Order, the defendants, Harris County Bail Bond Board and Harris County, Texas are ENJOINED from enforcing Tex. Occ. Code Ann. § 1704.109. The plaintiffs are awarded an attorney's fee in the amount of $557,989 and costs of court in the amount of $30,473.83. In the event of an appeal, the plaintiffs are awarded an additional attorney's fee of $25,000. Interest shall accrue on the $557,989 award at the rate of 1.24% per annum.

This is an Amended Final Judgment.

SIGNED and ENTERED this 13th day of November, 2008.

Kenneth M. Hoyt
United States District Judge