UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CARL R. PRUETT, *et al*, § | |
| § | |
| Plaintiffs, § | |
| vs. § | CIVIL ACTION NO. H-03-3241 |
| § | |
| HARRIS COUNTY BAIL BOND BOARD, § | |
| *et al*, § | |
| § | |
| Defendants. § | |

## AMENDED FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order entered in this case [#67], the Supplemental Memorandum and Order [#106], and the opinion of the United States Court of Appeals for the Fifth Circuit [#91], the defendants, Harris County Bail Bond Board and Harris County, Texas are ENJOINED from enforcing Tex. Occ. Code Ann. § 1704.109, save and except for subpart (b)(2)(A) which may be enforced. The plaintiffs are awarded an attorney's fee in the amount of $557,989 and costs of court in the amount of $30,473.83. In the event of an appeal, the plaintiffs are awarded an additional attorney's fee of $25,000. Interest shall accrue on the $557,989 award at the rate of 1.24% per annum. This Amended Final Judgment does not address or resolve any issue concerning the amount of money, if any, that this Court may award Plaintiffs in response to their "Plaintiffs' Supplemental Fee Motion and Application for September-November 2008," as filed on November 13, 2008, Docket #105, which the Court will address as a separate matter collateral to this Amended Final Judgment.

This is an Amended Final Judgment.

SIGNED and ENTERED this 3rd day of December, 2008.

Kenneth M. Hoyt
United States District Judge